UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CHRISEANNA MITCHELL,
And other similarly situated individuals,

    Plaintiff,                                  CASE NO.: 5:22-cv-00108-JSM-PRL

vs.

CELEBRITY'S MANAGEMENT COMPANY, LLC,
A Florida Limited Liability Company, and
FREDRICK JACOBS, individually

    Defendants.
_____/

**DEFENDANTS' ANSWER AND DEFENSES
TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants, Celebrity's Management Company, LLC ("Celebrity's") and Fredrick Jacobs ("Jacobs") (collectively, "Defendants"), answer the Amended Complaint filed by Plaintiff, Chriseanna Mitchell ("Plaintiff"), in correspondingly numbered paragraphs as follows:

1. Admitted for jurisdictional purposes only; otherwise, denied.

2. Admitted for jurisdictional purposes only; otherwise, denied.

3. Without knowledge; therefore, denied.

4. Admitted.

5. Admitted that Jacobs was an officer and owner of Celebrity's while Plaintiff worked for Celebrity's; otherwise, denied.

6. Denied.

7. Admitted only that Jacobs had the authority to hire and fire Plaintiff. Otherwise, denied.

8. Denied.

9. Admitted as to Celebrity's; otherwise, denied.

10. Admitted.

11. Denied.

12. Denied.

13. Denied.

14. Admitted.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Without knowledge; therefore, denied.

## COUNT I
## ALLEGED VIOLATION OF 29 U.S.C. § 206 UNPAID WAGES
### (Collective Action)

22. Defendants reallege and incorporate all responses set forth in paragraphs 1 through 21 as if fully restated herein.

23. Admitted for jurisdictional purposes only; otherwise, denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

In response to the unenumerated WHEREFORE paragraph, and all subsections a-e, following paragraph 28, Defendant denies the allegations and further denies plaintiff is entitled to any relief.

## COUNT II
## ALLEGED VIOLATION OF 29 U.S.C. § 207 OVERTIME COMPENSATION
## (Collective Action)

29. Defendant realleges and incorporates all responses set forth in paragraphs 1 through 21 as if fully restated herein.

30. Admitted for jurisdictional purposes only; otherwise, denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied

36. Denied.

In response to the unenumerated WHEREFORE paragraph, and all subsections a-c, following paragraph 36, Defendants deny the allegations and further denies plaintiff is entitled to any relief.

## GENERAL DENIAL

All allegations not expressly admitted are denied.

## FIRST DEFENSE

At all times material to this action and the allegations set forth in the Complaint, Defendants acted lawfully and in good faith and without any intent to deny Plaintiff any rights under federal, state, or local law.

## SECOND DEFENSE

If any of the unlawful acts and omissions alleged in the Complaint were engaged in by Defendants, which Defendants vigorously deny, they did not engage in such acts or omissions knowingly, intentionally or willfully, and therefore, Plaintiff's claims for liquidated damages are barred.

## THIRD DEFENSE

One or more counts of Plaintiff's Complaint fails to state a claim on which relief can be granted.

## FOURTH DEFENSE

Jacobs is not an employer under the FLSA and therefore cannot be liable in this action.

## FIFTH DEFENSE

Plaintiff is not entitled to compensation for any preliminary or postliminary activities considered to be non-compensable under applicable law, including but not limited to the Portal-to-Portal Act.

## SIXTH DEFENSE

To the extent Plaintiff worked hours that would otherwise qualify as overtime under the FLSA, Plaintiff's claims are barred to the extent she was exempt from the overtime requirements of the FLSA.

## SEVENTH DEFENSE

Defendants reserve the right to assert additional defenses uncovered during the litigation.

Dated this 4th day of March, 2022.

        Respectfully submitted,

        SPIRE LAW, LLC
        2572 W. State Road 426, Suite 2088
        Oviedo, Florida 32765

        By: */s/ Ashwin R. Trehan*
            Ashwin R. Trehan, Esq.
            Florida Bar No. 42675
            ashwin@spirelawfirm.com
            sarah@spirelawfirm.com
            laura@spirelawfirm.com
            filings@spirelawfirm.com

Attorneys for Defendants | CELEBRITY'S MANAGEMENT COMPANY, LLC and FREDRICK JACOBS

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 4th day of March 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to:   Edwin A. Green III, Esq.; Blanchard, Merriam, Adel, Kirkland & Green, P.A.; tgreen@bmaklaw.com; lcaldwell@bmaklaw.com; Post Office Box 1869 Ocala Florida 34478.