UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CHRISEANNA MITCHELL,
And other similarly situated individuals,

    Plaintiff,                                CASE NO.: 5:22-cv-00108-JSM-PRL

vs.

CELEBRITY'S MANAGEMENT COMPANY, LLC,
A Florida Limited Liability Company, and
FREDRICK JACOBS, individually

    Defendants.
_____/

## Notice of Pendency of Other Actions

In accordance with Local Rule 1.07, I certify that the instant action:

___ IS           related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

__X__ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

    Dated this 9th day of March, 2022

                                                    Respectfully submitted,
                                                      SPIRE LAW, LLC
                                                      2572 W. State Road 426, Suite 2088
                                                      Oviedo, Florida 32765

By: */s/ Ashwin R. Trehan*
Ashwin R. Trehan, Esq.
Florida Bar No. 42675
ashwin@spirelawfirm.com
sarah@spirelawfirm.com
laura@spirelawfirm.com
filings@spirelawfirm.com

Attorneys for Defendants | CELEBRITY'S MANAGEMENT COMPANY, LLC and FREDRICK JACOBS

**CERTIFICATE OF SERVICE**

I hereby Certify that on this 9th day of March 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to: Edwin A. Green III, Esq.; Blanchard, Merriam, Adel, Kirkland & Green, P.A.; tgreen@bmaklaw.com; lcaldwell@bmaklaw.com; Post Office Box 1869 Ocala Florida 34478.

*/s/ Ashwin R. Trehan*
Attorney