UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA/TAMPA DIVISION

CHRISEANNA MITCHELL
and CHRISTINE GANT

    Plaintiffs,                                 CASE NO.: 5:22-cv-00108-JSM-PRL

vs.

CELEBRITY'S MANAGEMENT COMPANY, LLC,
a Florida Limited Liability Company, and
FREDRICK JACOBS, individually

    Defendants.
_____/

## VERIFIED SUMMARY OF HOURS ALLEGEDLY WORKED BY PLAINTIFF CHRISEANNA MITCHELL

Defendant, Celebrity's Management Company LLC ("Celebrity's"), hereby files a Verified Summary of hours allegedly worked by Plaintiff, Chriseanna Mitchell.

1.     The following summary of Plaintiff's hours allegedly worked is based upon information available to Defendant at this time. Defendant does not concede that Plaintiff actually worked the hours represented on the summary below.

| Payroll Period | Total Hours | Total Wages |
|---|---|---|
| 7/20/20-7/31/20 | 80 | $900 |
| 8/1/20-8/15/20 | 80 | $900 |

| | | |
|---|---|---|
| 8/16/20-8/31/20 | 80 | $900 |
| 9/1/20-9/15/20 | 80 | $900 |
| 9/16/20-9/30/20 | Unknown | $900 |
| 10/1/20-10/15/20 | Unknown | $1100 |
| 10/16/20-10/31/20 | Unknown | $1100 |
| 11/1/20-11/15/20 | Unknown | $1100 |
| 11/16/20-11/30/20 | Unknown | $1100 |

## **VERIFICATION**

I, Taja Jacobs, as corporate representative of Celebrity's Management Company LLC, declare under penalty of perjury that I have read the foregoing Verified Summary of Hours Allegedly Worked by Chriseanna Mitchell and that the foregoing Summary is true and correct to the best of my knowledge, information, and belief.

_____
Taja Jacobs

04 / 18 / 2022
_____
Date

Doc ID: 8691fdecf6cc37bcf7f7c5b4e1856237d52b4d27

Dated this 18th day of April 2022.

        Respectfully submitted,

        SPIRE LAW, LLC
        2572 W. State Road 426, Suite 2088
        Oviedo, Florida 32765

        By: */s/ Ashwin R. Trehan*
            Ashwin R. Trehan, Esq.
            Florida Bar No. 42675
            ashwin@spirelawfirm.com
            sarah@spirelawfirm.com
            laura@spirelawfirm.com
            filings@spirelawfirm.com

        Attorneys for Defendants | CELEBRITY'S MANAGEMENT COMPANY, LLC and FREDRICK JACOBS

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to: Edwin A. Green III, Esq.; Blanchard, Merriam, Adel, Kirkland & Green, P.A.; tgreen@bmaklaw.com; lcaldwell@bmaklaw.com; Post Office Box 1869 Ocala Florida 34478.

        */s/ Ashwin R. Trehan*
        Attorney

Doc ID: 8691fdecf6cc37bcf7f7c5b4e1856237d52b4d27