UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA/TAMPA DIVISION

CHRISEANNA MITCHELL
and CHRISTINE GANT

    Plaintiff,                                    CASE NO.: 5:22-cv-108-JSM-PRL

vs.

CELEBRITY'S MANAGEMENT COMPANY, LLC,
A Florida Limited Liability Company, and
FREDRICK JACOBS, individually

    Defendant.
_____/

**<u>NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL</u>**

PLEASE TAKE NOTICE of the appearance of Jesse I. Unruh, Esquire, of Spire Law, LLC, as counsel of record for the Defendants, CELEBRITY'S MANAGEMENT COMPANY, LLC and FREDRICK JACOBS.

Dated this 26th day of April, 2022.

                                    Respectfully submitted,

                                    SPIRE LAW, LLC
                                    2572 W. State Road 426, Suite 2088
                                    Oviedo, Florida 32765

                                    By: */s/ Jesse I. Unruh*
                                        Jesse I. Unruh, Esq.
                                        Florida Bar No. 93121
                                        jesse@spirelawfirm.com

    alyssa@spirelawfirm.com
    sarah@spirelawfirm.com
    laura@spirelawfirm.com
    filings@spirelawfirm.com

Attorneys for Defendants | CELEBRITY'S MANAGEMENT COMPANY, LLC and FREDRICK JACOBS

## CERTIFICATE OF SERVICE

I hereby Certify that on this 26th day of April, 2022, the foregoing was electronically filed through the CM/ECF system which will send a notice of electronic filing to: Edwin A. Green III, Esq.; Blanchard, Merriam, Adel, Kirkland & Green, P.A.; tgreen@bmaklaw.com; lcaldwell@bmaklaw.com; Post Office Box 1869 Ocala Florida 34478.

/s/ Jesse I. Unruh

Attorney