UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF FLORIDA
OCALA/TAMPA DIVISION

CHRISEANNA MITCHELL and,    CASE NO.: 5:22-cv-108-JSM-PRL
CHRISTINE GANT,

    Plaintiffs,

v.

CELEBRITY'S MANAGEMENT COMPANY, LLC,
A Florida Limited Liability Company, and
FREDRICK JACOBS, individually,

    Defendants.
_____/

## PLAINTIFFS' MOTION TO COMPEL

The Plaintiffs, CHRISEANNA MITCHELL and CHRISTINE GANT, by and through their undersigned counsel, hereby move for an Order compelling the Defendants, CELEBRITY'S MANAGEMENT COMPANY, LLC and FREDRICK JACOBS, to respond to the Plaintiffs' First Sets of Interrogatories and First Requests for Production, pursuant to *Fed. R. Civ. P.* 37, and in support thereof would show:

1. On February 21, 2023, Plaintiffs served their First Set of Interrogatories on CELEBRITY'S MANAGEMENT COMPANY, LLC. A copy of Plaintiffs' Interrogatories to CELEBRITY'S is attached hereto as Exhibit "A".

2. On February 21, 2023, Plaintiffs served their First Set of Interrogatories on FREDRICK JACOBS. A copy of Plaintiffs' Interrogatories to JACOBS is attached hereto as Exhibit "B".

1

3. On February 21, 2023, Plaintiffs served their First Request for Production on CELEBRITY'S MANAGEMENT COMPANY, LLC. A copy of Plaintiffs' First Request for Production to CELEBRITY'S is attached hereto as Exhibit "C".

4. On February 21, 2023, Plaintiffs served their First Request for Production on FREDRICK JACOBS. A copy of Plaintiffs' First Request for Production to JACOBS is attached hereto as Exhibit "D".

5. When the Defendants failed to answer the discovery, the undersigned sent a "good faith" letter on April 10, 2023 to Defendants' counsel in an effort to resolve this discovery dispute without seeking Court intervention. A copy of the April 10, 2023, letter is attached hereto as Exhibit "E".

6. As of the date of this Motion, the Defendants have failed to respond to the discovery requests.

7. This motion is based upon a complete failure to respond to the discovery.

## **MEMORANDUM OF LAW**

If a party fails to respond to discovery requests, the trial court may enter an order to compel discovery. *Johnson v. Allstate Ins. Co.*, 410 So.2d 978 (Fla. 5th DCA 1982).

*Fed. R. Civ. P.* 37 (3)(B), states as follows:

> A party seeking discovery may move for an order compelling an answer, designation, production, or inspection. This motion may be made if: …
>
> (iii) a party fails to answer an interrogatory submitted under Rule 33; or
>
> (iv) a party fails to produce documents …

*Fed. R. Civ. P.* 37 (5)(a), provides for the award of reasonable expenses in the event a motion to compel is granted. It states as follows:

> If the motion is granted—or if the disclosure or requested discovery is provided after the motion was filed—the court must, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees.

WHEREFORE, the Plaintiffs, CHRISEANNA MITCHELL and CHRISTINE GANT, respectfully request this Honorable Court enter an order compelling the Defendants, CELEBRITY'S MANAGEMENT COMPANY, LLC and FREDRICK JACOBS, to respond to the Interrogatories and Requests for Production, awarding the Plaintiffs reasonable attorney's fees and costs, and any such further relief as this Court deems just and proper.

I HEREBY CERTIFY that a true copy hereof has been furnished by E-Service to Jesse I. Unruh, Esquire at jesse@spirlawfirm.com, sarah@spirelawfirm.com, marcela@spirelawfirm.com and filings@spirelawfirm.com, on this 25 day of April, 2023.

BLANCHARD, MERRIAM,
ADEL, KIRKLAND & GREEN, P.A.

By: _____
EDWIN A. GREEN, III, ESQUIRE
Florida Bar No. 0606111
P.O. Box 1869
Ocala, Florida 34478
Telephone: (352) 732-7218
Attorney for Plaintiffs
tgreen@bmaklaw.com
lcaldwell@bmaklaw.com