Garry D. Adel
Dock Blanchard
Dennis A. Fried, M.D.
Edwin A. Green, III
R. Colt Kirkland
Lauren E. Merriam, III
Bradford J. Tropello

# BLANCHARD MERRIAM ADEL KIRKLAND & GREEN, P.A.
ATTORNEYS AT LAW SINCE 1974

◊ Shareholder
\* Board Certified Civil Trial Lawyer
† Board Certified Appellate Practice
\# American Board of Trial Advocates
' Of Counsel

April 10, 2023

<u>Via Email and U.S. Mail</u>

Jesse I. Unruh, Esquire
Spire Law, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida  32765

Re:  Chriseanna Mitchell & Christine Gant v. Celebrity's & Jacobs
     Case No.:  5:22-cv-108

Dear Mr. Unruh:

On February 21, 2023, I served Requests for Production and Interrogatories on your clients. The deadline for your clients to respond has long since passed.

Given the fact that we are rapidly approaching trial and the end of the discovery period, I respectfully request that your clients answer my discovery without objection within 10 days of the date of this letter.

If we do not receive responses to the discovery within ten (10) days of the date of this letter, I will be left with no choice but to file a Motion to Compel.

Your anticipated cooperation in this matter is appreciated.

Very Truly Yours,

BLANCHARD, MERRIAM, ADEL,
KIRKLAND & GREEN, P.A.

Edwin A. "Trip" Green, III

EAG /lmc
cc:   Clients

4 Southeast Broadway
PO Box 1869
Ocala, Florida 34478

ph: 352.732.7218
fax: 352.732.0017
www.bmaklaw.com


EXHIBIT E