UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CHRISEANNA MITCHELL and CHRISTINE GANT, and other similarly situated individuals**

    Plaintiffs,

v.                                      Case No: 5:22-cv-108-JSM-PRL

**CELEBRITY'S MANAGEMENT COMPANY, LLC and FREDRICK JACOBS,**

    Defendants.

## ORDER

On April 25, 2023, Plaintiffs filed a motion to compel the defendants' answers to their first set of interrogatories and first requests for production. (Doc. 35). Notably, this motion fails to comply with Local Rule 3.01(g), omitting a certification as to whether Plaintiffs' counsel conferred with the defendants' counsel and whether defendants oppose the relief requested. M.D. Fla. Local Rule 3.01(g). Instead, Plaintiffs' counsel attaches a letter, dated April 10, 2023, that was sent to Defendants' counsel, stating that the instant motion to compel would be filed if there was no discovery response within ten days. (Doc. 35-5). Hence, it appears that the defendants may oppose the instant motion to compel, however, they have not filed a response.

- 2 -

Accordingly, Defendants shall file a response to the motion by **May 18, 2023**, failing which the Court will treat the motion as unopposed.

**DONE** and **ORDERED** in Ocala, Florida on May 11, 2023.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties