UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA/TAMPA DIVISION

CHRISEANNA MITCHELL
and CHRISTINE GANT

    Plaintiff,                                    CASE NO.: 5:22-cv-108-JSM-PRL

vs.

CELEBRITY'S MANAGEMENT COMPANY, LLC,
A Florida Limited Liability Company, and
FREDRICK JACOBS, individually

    Defendant.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL

Defendants, CELEBRITY'S MANAGEMENT COMPANY, LLC and FREDRICK JACOBS ("collectively, the "Defendants"), through the undersigned counsel, respectfully move for an extension of time, up to and including May 25, 2023, to respond to Plaintiffs' Motion to Compel. In support of this motion, the parties state as follows:

    1.    On April 25, 2023, Plaintiffs filed a Motion to Compel Defendants' Answers to their First Request for Production (Doc. 35).

    2.    On May 11, 2023, the Court entered an Order directing Defendants to file a response to the Motion by May 18, 2023 (Doc 36).

    3.    The parties are currently in settlement negotiations, and they believe

they are quite close to resolving this matter and Plaintiffs to extending the deadline to respond to the Motion up to and including May 25, 2023.

### MEMORANDUM OF LAW

The Court may grant an enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). Defendants' request for an extension is made in good faith and does not prejudice Plaintiffs. Permitting the extension will enable the parties to work toward resolution of the case. For these reasons, Defendants request that the Court extend the deadline to respond to Plaintiffs' Motion to Compel and the Court's subsequent Order directing Defendants to file a response.

**WHEREFORE**, Defendants respectfully request an extension of time, up to and including May 25, 2023, to respond to Plaintiffs' Motion to Compel.

### LOCAL RULE 3.01(g)CERTIFICATION

Counsel for Defendants has conferred with counsel for Plaintiffs regarding the subject matter of this motion, and Plaintiffs do not oppose the relief requested. Dated this 18th day of May, 2023.

[Remainder of Page Intentionally Blank]

        Respectfully submitted,
        SPIRE LAW, LLC
        2572 W. State Road 426, Suite 2088
        Oviedo, Florida 32765

        By: */s/ Jesse I. Unruh*
            Jesse I. Unruh, Esq.
            Florida Bar No. 93121
            jesse@spirelawfirm.com
            marcela@spirelawfirm.com
            filings@spirelawfirm.com

        Attorneys for Defendants | CELEBRITY'S MANAGEMENT COMPANY, LLC and FREDRICK JACOBS

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 18th day of May, 2023, the foregoing was electronically filed through the CM/ECF system which will send a notice of electronic filing to: Edwin A. Green III, Esq.; Blanchard, Merriam, Adel, Kirkland & Green, P.A.; tgreen@bmaklaw.com; lcaldwell@bmaklaw.com; Post Office Box 1869 Ocala Florida 34478.

        */s/ Jesse I. Unruh*
        Attorney