UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISEANNA MITCHELL and
CHRISTINE GANT,

    Plaintiffs,

v.                                      Case No: 5:22-cv-108-JSM-PRL

CELEBRITY'S MANAGEMENT
COMPANY, LLC and FREDRICK
JACOBS,

    Defendants.

## ORDER

THIS CAUSE comes before the Court on the Joint Motion to Approve FLSA Settlement (Dkt. 40). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion to Approve FLSA Settlement (Dkt. 40) is GRANTED.
2. The settlement is approved.
3. This action is DISMISSED WITH PREJUDICE.
4. All pending motions are denied as moot.
5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of May, 2023.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record